UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------

COLLEEN ANN VANHORN

                                  Plaintiff,

    **-v.-**

                                  Civil Action No.
                                7:10-cv-1023 (GLS/VEB)

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,

                                Defendant.
--------------------------------------------------------------------------------

APPEARANCES:                      OF COUNSEL:

**FOR THE PLAINTIFF:**

Conboy, McKay Law Firm          LAWRENCE D. HASSELER, ESQ.
307 State Street
Carthage, New York 13619

**FOR THE DEFENDANT:**

Social Security Administration      JOHN M. KELLY, ESQ.
Office of Regional General Counsel
Region II
26 Federal Plaza - Room 3904
New York, New York 10278


GARY L. SHARPE,
CHIEF JUDGE

## ORDER

The above-captioned matter comes to this court following a Report-Recommendation by Magistrate Judge Victory E. Bianchini, duly filed April 2, 2012. Following ten days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Magistrate Judge's Report-Recommendation for clear error, it is hereby

ORDERED, that the Report-Recommendation of Magistrate Judge Victor E. Bianchini filed April 2, 2012 is ACCEPTED in its entirety for the reasons state therein, and it is further

ORDERED that Defendant's Motion for Judgment on the Pleadings is DENIED, that Plaintiff's Motion for Judgment on the Pleadings is GRANTED, and that this case is remanded for further administrative proceedings, and it is further

ORDERED, that the Clerk of the Court is to mail copies of the Order to the parties in accordance with the court's local rules.

IT IS SO ORDERED.

Dated: April 24, 2012
Albany, New York

Gary L. Sharpe
U.S. District Judge

2